IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
                                    U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF TEXAS
                                            FILED
                                        JAN - 5 2010
                                    CLERK, U.S. DISTRICT COURT
                                    By _____ Deputy
```

UNITED STATES OF AMERICA )
)
VS. )    CASE NO.: 3:09-CR-302-M (01)
)
RAFAEL SANCHEZ-SALINAS )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

RAFAEL SANCHEZ-SALINAS, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to Count(s) 1 of the Indictment. After cautioning and examining RAFAEL SANCHEZ-SALINAS under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, and that RAFAEL SANCHEZ-SALINAS be adjudged guilty and have sentence imposed accordingly.

Date:   January 5, 2010

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).